NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

02-1171

ARTIS JENE VEAZEY, JR.

VERSUS

REBECCA LYNN VEAZEY, BORN WELCH

**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NUMBER C-94-135
HONORABLE JOEL G. DAVIS, DISTRICT JUDGE

**********

BILLIE COLOMBARO WOODARD
JUDGE

**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Billie Colombaro Woodard, and Jimmie C. Peters, Judges.

AFFIRMED AS AMENDED.

Romelzy Willis, Jr.
Willis Law Firm
Post Office Box 1368
Oberlin, Louisiana 70655
(337) 639-4600
Counsel for Plaintiff/Appellant:
        Artis Jene Veazey, Jr.

J. Craig Jones
Jones & Hill
131 Highway 165 South
Oakdale, Louisiana 71463
(318) 335-1333
Counsel for Defendant/Appellee:
        Rebecca Lynn Veazey, born Welch